UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN MARALES,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 14-10224-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

DISMISSAL ORDER

September 16, 2014

SOROKIN, D.J.

This action challenges a final decision of the Commissioner of the Social Security Administration. Plaintiff, Juan Marales, who is represented by counsel, filed this Complaint on January 29, 2014. Doc. No. 1. On February 25, 2014, the Court issued an Order which required that Marales complete service on the Defendant within one hundred and twenty (120) days of the date of the Order. Doc. No. 8. Thus, Marales was ordered to serve the Defendant by June 25, 2014. Marales did not comply with that Order. On July 24, 2014, the Court issued an Order requiring Marales to show cause why this action should not be dismissed for failure to prosecute the action and for failure to comply with the Court's Order of February 25, 2014. Doc. No. 12.

The July 24, 2014 Order to Show Cause was sent to Marales's counsel by certified mail and by e-mail through the Court's electronic filing system. Doc. No. 12. To date, Marales has

not completed service on the Defendant and he has not responded to the Court's Order of July 24, 2014.

Accordingly, for Marales's failure to prosecute this action, and for his failure to comply with the Court's Orders of February 25, 2014, and July 24, 2014, the Court hereby DISMISSES this action.

SO ORDERED.

　/s/ Leo T. Sorokin　
Leo T. Sorokin
United States District Judge